**SAO**
TODD R. ALEXANDER, ESQ.
Nevada Bar No. 10846
BENSON & BINGHAM
1320 E. Plumb Lane, Suite A
Reno, NV 89502
(702) 382-9797
(702) 382-9798 facsimile
litigate@bensonbingham.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DARRIN SLOAN,

       Plaintiff,

vs.

HYPONEX CORPORATION, a subsidiary of THE SCOTTS COMPANY, LLC, dba; SCOTTS MIRACLE-GRO COMPANY and EARTHGRO; KELLOGG SUPPLY, INC.; HOME DEPOT U.S.A., INC.; DOES 1 through 10, and ROE CORPORATIONS 1 through 10, inclusive,

       Defendants.

CASE NO.: 3:26-CV-00220-MMF-CSD

### ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE OPPOSITION TO DEFENDANTS HYPONEX CORPORATION AND THE SCOTTS COMPANY LLC'S PARTIAL MOTION TO DISMISS THE COMPLAINT PURSUANT TO RULE 12(B)(6) and DEFENDANT HOME DEPOT, U.S.A., INC'S JOINDER

IT IS HEREBY STIPULATED AND AGREED by and between the parties, by and through their respective attorneys of record that deadline for Plaintiff to file his Opposition to [14] Defendants Hyponex Corporation and the Scotts Company LLC's Partial Motion to Dismiss the Complaint Pursuant to Rule 12(b)(6) filed on April 3, 2026, and [15] Defendant Home Depot, U.S.A, Inc's Joinder to the same filed on April 9, 2026, has been extended for seven (7) days from April 17, 2026, or April 24, 2026. No hearing has been set at the time of filing of this Stipulation.

//

//

217119                                     1

A. **Reasons why the Opposition has not been filed**

Requesting counsel for Plaintiff is actively working on the Opposition, however, has been in depositions on other matters. Requesting counsel for Plaintiff feels that an additional seven (7) days is sufficient time to allow him to file the Opposition.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

217119                                                                 2

Denial of this request to extend time for Plaintiff to file Opposition to Defendants' Partial Motion to Dismiss and Joinder thereto would prejudice the Plaintiff and denyhim sufficient time oppose the Motion properly. This request to extend time for Plaintiffs to file Opposition to Defendants Hyponex Corporation and the Scotts Company LLC's Partial Motion to Dismiss the Complaint Pursuant to Rule 12(b)(6) and Defendant Home Depot, U.S.A, Inc's Joinder is made in good faith and is not intended to delay the proceedings in this matter.

DATED this 10th day of April, 2026.
Benson & Bingham

 /s/Todd R. Alexander, Esq.
Todd R. Alexander, Esq.
Nevada Bar No. 10846
Attorney for Plaintiff

DATED this 10th day of April, 2026.

Phillips, Spallas & Angstadt, LLC

 /s/Baylie Hellman, Esq.
Timothy Kuhls, Esq.
Nevada Bar No. 13362
Baylie Hellman, Esq.
Nevada Bar No. 14541
504 South Ninth Street
Las Vegas, NV 89101
Attorneys for Defendant Kellog Supply, Inc.

DATED this 10th day of April, 2026.

Gordon Rees Scully Mansukhani

/s/A. Jill Guingcangco, Esq.
A. Jill Guingcangco, Esq.
Nevada Bar No.: 14717
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101
Attorneys for Hyponex Corporation and
The Scotts Company, LLC

DATED this 10th day of April, 2026.

Hall Hernandez Smith

/s/Kevin S. Smith, Esq.
Michael R. Hall, Esq.
Nevada Bar No. 5978
Kevin S. Smith, Esq.
Nevada Bar No. 7184
7425 Peak Drive, Suite 100
Las Vegas, NV 89128
Attorneys for Home Depot USA

IT IS SO ORDERED.

DATED this 10th day of April, 2026.

_____
UNITED STATES DISTRICT  JUDGE

217119                                          3

## Heather Payne

| | |
|---|---|
| **From:** | Kevin Smith <ksmith@hallhernandez.com> |
| **Sent:** | Friday, April 10, 2026 11:35 AM |
| **To:** | Heather Payne; jguingcangco@grsm.com; Mike Hall; rphillips@psalaw.net; 'tkuhls@psalaw.net'; bhellman@psalaw.net |
| **Cc:** | acunningham@hunton.com; kdurante@hunton.com; ccoopey@grsm.com; Amanda Johnson; abahar@psalaw.net |
| **Subject:** | RE: Sloan v. Hyponex Corporation et al |

Home Depot has no objection.  You can sign for me electronically on behalf of Home Depot.

Kevin S. Smith, Esq.



HALL HERNANDEZ SMITH
7425 Peak Drive, Suite 100
Las Vegas, NV 89128
Phone:  (702) 316-4111
Fax:  (702) 316-4114
Email:  ksmith@hallhernandez.com

---

**From:** Heather Payne <heather@bensonbingham.com>
**Sent:** Friday, April 10, 2026 11:27 AM
**To:** jguingcangco@grsm.com; Mike Hall <mhall@hallhernandez.com>; Kevin Smith <ksmith@hallhernandez.com>; rphillips@psalaw.net; 'tkuhls@psalaw.net' <tkuhls@psalaw.net>; bhellman@psalaw.net
**Cc:** acunningham@hunton.com; kdurante@hunton.com; ccoopey@grsm.com; Amanda Johnson <ajohnson@hallhernandez.com>; abahar@psalaw.net
**Subject:** Sloan v. Hyponex Corporation et al

Dear Counsel,

Would you be agreeable to allow Plaintiff an additional seven (7) days or until April 24, 2027, to file our Opposition to Defendant Hyponex Corporation and the Scotts Company LC's Partial Motion to Dismiss the Complaint Pursuant to Rule 12(b)(6)  and Home Depot's, USA's Joinder to the same?

I have attached a proposed Stipulation for your review relating to the same.  Please let me know if you are in agreement, if you have any changes to the attached, or if no changes, please let me know if I can submit the same with your electronic signature.

Thank you,
*Heather Payne*
Paralegal
heather@bensonbingham.com
Direct # 702-779-0807 (My office hours are M-F 7:00am – 3:00pm PST)
Direct Fax:  702-444-3387



**Benson & Bingham - Summerlin\***
11441 Allerton Park Dr Ste #100
Las Vegas, NV 89135 (map)
**t:** 702-600-6000 | **f:** 702-382-9798
1-800-381-3LAW (3529)
**[\*MAILING ADDRESS]**

**Benson & Bingham - Downtown**
626 S 10th St
Las Vegas, NV 89101 (map)
**t:** 702-600-6000 | **f:** 702-382-9798

**Benson & Bingham - Henderson**
9230 S Eastern Ave Ste #155
Henderson, NV 89123 (map)
**t:** 702-600-6000 | **f:** 702-382-9798

**Benson & Bingham - Reno**
1320 E Plumb Lane Ste A (map)
Reno, NV 89502
**t:** 775-600-6000 | **f:** 702-382-9798

**Benson & Bingham – Carson City**
4530 S Carson Street Ste #4 (map)
Carson City, NV 89701
**t:** 775-600-6000 | **f:** 702-382-9798

## Heather Payne

| | |
|---|---|
| **From:** | Baylie Hellman <bhellman@psalaw.net> |
| **Sent:** | Friday, April 10, 2026 11:40 AM |
| **To:** | Kevin Smith; Heather Payne; jguingcangco@grsm.com; Mike Hall; Rob Phillips; Timothy Kuhls |
| **Cc:** | acunningham@hunton.com; kdurante@hunton.com; ccoopey@grsm.com; Amanda Johnson; Alexander Bahar |
| **Subject:** | RE: Sloan v. Hyponex Corporation et al |

No objection on behalf of Kellogg. You may affix my e-signature to the stipulation.

**Baylie Hellman**
Associate Attorney


PHILLIPS SPALLAS & ANGSTADT LLP
— ATTORNEYS AT LAW —
San Francisco | Las Vegas | Los Angeles | Napa Valley

504 S. Ninth Street
Las Vegas, NV 89101

t 702-938-1510
f 702-938-1511
bhellman@psalaw.net
www.psalaw.net

This communication may contain confidential and privileged material for the sole use of the intended recipient. Receipt by anyone else does not constitute a loss of the confidential or privileged nature of the communication. Any review by or disclosure to another is prohibited. If you received this communication in error, please delete all copies and notify me.

**From:** Kevin Smith <ksmith@hallhernandez.com>
**Sent:** Friday, April 10, 2026 11:35 AM
**To:** Heather Payne <heather@bensonbingham.com>; jguingcangco@grsm.com; Mike Hall <mhall@hallhernandez.com>; Rob Phillips <rphillips@psalaw.net>; Timothy Kuhls <tkuhls@psalaw.net>; Baylie Hellman <bhellman@psalaw.net>
**Cc:** acunningham@hunton.com; kdurante@hunton.com; ccoopey@grsm.com; Amanda Johnson <ajohnson@hallhernandez.com>; Alexander Bahar <abahar@psalaw.net>
**Subject:** RE: Sloan v. Hyponex Corporation et al

> Some people who received this message don't often get email from ksmith@hallhernandez.com. Learn why this is important

'

> **CAUTION:** This Sender is Outside the PSA Organization! DO NOT click links or open attachments unless you recognize the sender and know the content is safe!

'

Home Depot has no objection. You can sign for me electronically on behalf of Home Depot.

Kevin S. Smith, Esq.



HALL HERNANDEZ SMITH

7425 Peak Drive, Suite 100

Las Vegas, NV 89128

Phone:  (702) 316-4111

Fax:  (702) 316-4114

Email:  ksmith@hallhernandez.com

---

**From:** Heather Payne <heather@bensonbingham.com>
**Sent:** Friday, April 10, 2026 11:27 AM
**To:** jguingcangco@grsm.com; Mike Hall <mhall@hallhernandez.com>; Kevin Smith <ksmith@hallhernandez.com>; rphillips@psalaw.net; 'tkuhls@psalaw.net' <tkuhls@psalaw.net>; bhellman@psalaw.net
**Cc:** acunningham@hunton.com; kdurante@hunton.com; ccoopey@grsm.com; Amanda Johnson <ajohnson@hallhernandez.com>; abahar@psalaw.net
**Subject:** Sloan v. Hyponex Corporation et al

Dear Counsel,

Would you be agreeable to allow Plaintiff an additional seven (7) days or until April 24, 2027, to file our Opposition to Defendant Hyponex Corporation and the Scotts Company LC's Partial Motion to Dismiss the Complaint Pursuant to Rule 12(b)(6)  and Home Depot's, USA's Joinder to the same?

I have attached a proposed Stipulation for your review relating to the same.  Please let me know if you are in agreement, if you have any changes to the attached, or if no changes, please let me know if I can submit the same with your electronic signature.

Thank you,
*Heather Payne*
Paralegal
heather@bensonbingham.com
Direct # 702-779-0807 (My office hours are M-F 7:00am – 3:00pm PST)
Direct Fax:  702-444-3387



**Benson & Bingham - Summerlin***
11441 Allerton Park Dr Ste #100
Las Vegas, NV 89135 (map)
**t:** 702-600-6000 | **f:** 702-382-9798
1-800-381-3LAW (3529)
**[*MAILING ADDRESS]**

**Benson & Bingham - Downtown**
626 S 10th St
Las Vegas, NV 89101 (map)
**t:** 702-600-6000 | **f:** 702-382-9798

2

**Benson & Bingham - Henderson**
9230 S Eastern Ave Ste #155
Henderson, NV 89123 (map)
**t:** 702-600-6000 | **f:** 702-382-9798

**Benson & Bingham - Reno**
1320 E Plumb Lane Ste A (map)
Reno, NV 89502
**t:** 775-600-6000 | **f:** 702-382-9798

**Benson & Bingham – Carson City**
4530 S Carson Street Ste #4 (map)
Carson City, NV 89701
**t:** 775-600-6000 | **f:** 702-382-9798

3

## Heather Payne

| | |
|---|---|
| **From:** | Jill Guingcangco <jguingcangco@grsm.com> |
| **Sent:** | Friday, April 10, 2026 11:48 AM |
| **To:** | Heather Payne; mhall@hallhernandez.com; ksmith@hallhernandez.com; rphillips@psalaw.net; 'tkuhls@psalaw.net'; bhellman@psalaw.net |
| **Cc:** | acunningham@hunton.com; kdurante@hunton.com; Christine Coopey; ajohnson@hallhernandez.com; abahar@psalaw.net |
| **Subject:** | RE: Sloan v. Hyponex Corporation et al |

Hi Heather,

Hyponex and Scotts have no objection to the extension. You may affix my e-signature to the stip.

Thank you,
Jill

**A. JILL GUINGCANGCO**
Senior Counsel

*Licensed in NV and WA



**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 279.225.2086
**E:** jguingcangco@grsm.com  |  grsm.com
300 South Fourth Street, Suite 1550, Las Vegas, NV 89101
vCard  |  Bio

**From:** Heather Payne <heather@bensonbingham.com>
**Sent:** Friday, April 10, 2026 11:27 AM
**To:** Jill Guingcangco <jguingcangco@grsm.com>; mhall@hallhernandez.com; ksmith@hallhernandez.com; rphillips@psalaw.net; 'tkuhls@psalaw.net' <tkuhls@psalaw.net>; bhellman@psalaw.net
**Cc:** acunningham@hunton.com; kdurante@hunton.com; Christine Coopey <ccoopey@grsm.com>; ajohnson@hallhernandez.com; abahar@psalaw.net
**Subject:** Sloan v. Hyponex Corporation et al

> Some people who received this message don't often get email from heather@bensonbingham.com. Learn why this is important

Dear Counsel,

Would you be agreeable to allow Plaintiff an additional seven (7) days or until April 24, 2027, to file our Opposition to Defendant Hyponex Corporation and the Scotts Company LC's Partial Motion to Dismiss the Complaint Pursuant to Rule 12(b)(6)  and Home Depot's, USA's Joinder to the same?

I have attached a proposed Stipulation for your review relating to the same.  Please let me know if you are in agreement, if you have any changes to the attached, or if no changes, please let me know if I can submit the same with your electronic signature.

Thank you,

*Heather Payne*
Paralegal
heather@bensonbingham.com
Direct # 702-779-0807 (My office hours are M-F 7:00am – 3:00pm PST)
Direct Fax:  702-444-3387



**Benson & Bingham - Summerlin***
11441 Allerton Park Dr Ste #100
Las Vegas, NV 89135 (map)
**t:** 702-600-6000 | **f:** 702-382-9798
1-800-381-3LAW (3529)
**[*MAILING ADDRESS]**

**Benson & Bingham - Downtown**
626 S 10th St
Las Vegas, NV 89101 (map)
**t:** 702-600-6000 | **f:** 702-382-9798

**Benson & Bingham - Henderson**
9230 S Eastern Ave Ste #155
Henderson, NV 89123 (map)
**t:** 702-600-6000 | **f:** 702-382-9798

**Benson & Bingham - Reno**
1320 E Plumb Lane Ste A (map)
Reno, NV 89502
**t:** 775-600-6000 | **f:** 702-382-9798

**Benson & Bingham – Carson City**
4530 S Carson Street Ste #4 (map)
Carson City, NV 89701
**t:** 775-600-6000 | **f:** 702-382-9798

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
www.grsm.com