**SAO**
TODD R. ALEXANDER, ESQ.
Nevada Bar No. 10846
BENSON & BINGHAM
1320 E. Plumb Lane, Suite A
Reno, NV 89502
(702) 382-9797
(702) 382-9798 facsimile
litigate@bensonbingham.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DARRIN SLOAN,<br><br>Plaintiff,<br><br>vs.<br><br>HYPONEX CORPORATION, a subsidiary of THE SCOTTS COMPANY, LLC, dba; SCOTTS MIRACLE-GRO COMPANY and EARTHGRO; KELLOGG SUPPLY, INC.; HOME DEPOT U.S.A., INC.; DOES 1 through 10, and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 3:26-CV-00220-MMF-CSD |

**ORDER GRANTING STIPULATION TO RESCHEDULE THE HEARING REGARDING DEFENDANTS HYPONEX CORPORATION AND THE SCOTTS COMPANY LLC'S PARTIAL MOTION TO DISMISS THE COMPLAINT PURSUANT TO RULE 12(B)(6) and DEFENDANT HOME DEPOT, U.S.A., INC'S JOINDER**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, by and through their respective attorneys of record that hearing of [14] Defendants Hyponex Corporation and the Scotts Company LLC's Partial Motion to Dismiss the Complaint Pursuant to Rule 12(b)(6) filed on April 3, 2026, and [15] Defendant Home Depot, U.S.A, Inc's Joinder to the same filed on April 9, 2026, currently scheduled for [42] October 7, 2026, at 1:30pm be moved the Courts next available hearing date.

//

//

DATED this 6th day of October, 2026.

Benson & Bingham

/s/Todd R. Alexander, Esq.
Todd R. Alexander, Esq.
Nevada Bar No. 10846
Attorney for Plaintiff

DATED this 6th day of October, 2026.

Phillips, Spallas & Angstadt, LLC

/s/Timothy Kuhls, Esq.
Timothy Kuhls, Esq.
Nevada Bar No. 13362
Baylie Hellman, Esq.
Nevada Bar No. 14541
504 South Ninth Street
Las Vegas, NV 89101
Attorneys for Defendant Kellog Supply, Inc.

DATED this 6th day of October, 2026.

Gordon Rees Scully Mansukhani

/s/A. Jill Guingcangco, Esq.
A. Jill Guingcangco, Esq.
Nevada Bar No.: 14717
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101
Attorneys for Hyponex Corporation and The Scotts Company, LLC

DATED this 6th day of October, 2026.

Hall Hernandez Smith

/s/Kevin S. Smith, Esq.
Michael R. Hall, Esq.
Nevada Bar No. 5978
Kevin S. Smith, Esq.
Nevada Bar No. 7184
7425 Peak Drive, Suite 100
Las Vegas, NV 89128
Attorneys for Home Depot USA

IT IS SO ORDERED.

DATED this 6th day of October, 2026.

UNITED STATES DISTRICT JUDGE

## Heather Payne

**From:** Jill Guingcangco <jguingcangco@grsm.com>
**Sent:** Tuesday, October 6, 2026 12:34 PM
**To:** Timothy Kuhls; Heather Payne; Durante, Katharine; Kevin Smith
**Cc:** Todd Alexander
**Subject:** RE: Sloan v. Hyponex et. al. - SAO to Continue Hearing

Hello Heather – thank you for preparing. You may file with my e-signature as well.

Thank you,
Jill

**A. JILL GUINGCANGCO**
Senior Counsel | *Licensed in NV and WA*

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 279.225.2086
**E:** jguingcangco@grsm.com | grsm.com
300 South Fourth Street, Suite 1550, Las Vegas, NV 89101
vCard | Bio

**From:** Timothy Kuhls <tkuhls@psalaw.net>
**Sent:** Tuesday, October 6, 2026 12:05 PM
**To:** Heather Payne <heather@bensonbingham.com>; Durante, Katharine <KDurante@hunton.com>; Kevin Smith <ksmith@hallhernandez.com>
**Cc:** Jill Guingcangco <jguingcangco@grsm.com>; Todd Alexander <todd@bensonbingham.com>
**Subject:** Re: Sloan v. Hyponex et. al. - SAO to Continue Hearing

Hi Heather,

Thank you for preparing. You have authority to affix my e-signature and file.

I will cancel my flight in light of same.

**Timothy Kuhls**
Partner

PHILLIPS SPALLAS & ANGSTADT LLP
ATTORNEYS AT LAW
San Francisco | Las Vegas | Los Angeles | Napa Valley

504 S. Ninth Street
Las Vegas, NV 89101

t 702-938-1510
f 702-938-1511
tkuhls@psalaw.net
www.psalaw.net

This communication may contain confidential and privileged material for the sole use of the intended recipient. Receipt by anyone else does not constitute a loss of the confidential or privileged nature of the communication. Any review by or disclosure to another is prohibited. If you received this communication in error, please delete all copies and notify me.

---

**From:** Heather Payne <heather@bensonbingham.com>
**Sent:** Tuesday, October 6, 2026 11:56 AM
**To:** Durante, Katharine <KDurante@hunton.com>; Kevin Smith <ksmith@hallhernandez.com>; Timothy Kuhls <tkuhls@psalaw.net>
**Cc:** Jill Guingcangco <jguingcangco@grsm.com>; Todd Alexander <todd@bensonbingham.com>
**Subject:** RE: Sloan v. Hyponex et. al. - SAO to Continue Hearing

'

**CAUTION:** This Sender is Outside the PSA Organization! DO NOT click links or open attachments unless you recognize the sender and know the content is safe!

'

Dear Counsel,

Please see the attached Stipulation and Order to Reschedule the hearing currently on schedule for tomorrow October 7, 2026 to the Court next available hearing date. Please review the same and let me know if you have any changes. If there are no changes and you are in agreement, please respond if I have permission to submit the same with your e-signature.

Thank you,
*Heather Payne*
Paralegal
heather@bensonbingham.com
Direct # 702-779-0807
Direct Fax: 702-444-3387

BENSON & BINGHAM
INJURY LAW

---

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

## Heather Payne

**From:** Timothy Kuhls <tkuhls@psalaw.net>
**Sent:** Tuesday, October 6, 2026 12:05 PM
**To:** Heather Payne; Durante, Katharine; Kevin Smith
**Cc:** Jill Guingcangco; Todd Alexander
**Subject:** Re: Sloan v. Hyponex et. al. - SAO to Continue Hearing

Hi Heather,

Thank you for preparing. You have authority to affix my e-signature and file.

I will cancel my flight in light of same.

**Timothy Kuhls**
Partner

PHILLIPS SPALLAS & ANGSTADT LLP
ATTORNEYS AT LAW
San Francisco | Las Vegas | Los Angeles | Napa Valley

504 S. Ninth Street
Las Vegas, NV 89101

t 702-938-1510
f 702-938-1511
tkuhls@psalaw.net
www.psalaw.net

This communication may contain confidential and privileged material for the sole use of the intended recipient. Receipt by anyone else does not constitute a loss of the confidential or privileged nature of the communication. Any review by or disclosure to another is prohibited. If you received this communication in error, please delete all copies and notify me.

---

**From:** Heather Payne <heather@bensonbingham.com>
**Sent:** Tuesday, October 6, 2026 11:56 AM
**To:** Durante, Katharine <KDurante@hunton.com>; Kevin Smith <ksmith@hallhernandez.com>; Timothy Kuhls <tkuhls@psalaw.net>
**Cc:** Jill Guingcangco <jguingcangco@grsm.com>; Todd Alexander <todd@bensonbingham.com>
**Subject:** RE: Sloan v. Hyponex et. al. - SAO to Continue Hearing

'

**CAUTION:** This Sender is Outside the PSA Organization! DO NOT click links or open attachments unless you recognize the sender and know the content is safe!

'

Dear Counsel,

Please see the attached Stipulation and Order to Reschedule the hearing currently on schedule for tomorrow October 7, 2026 to the Court next available hearing date. Please review the same and let me know if you have any changes. If there are no changes and you are in agreement, please respond if I have permission to submit the same with your e-signature.

**Heather Payne**

**From:** Kevin Smith <ksmith@hallhernandez.com>
**Sent:** Tuesday, October 6, 2026 12:44 PM
**To:** Heather Payne; Durante, Katharine; Timothy Kuhls
**Cc:** Jill Guingcangco; Todd Alexander
**Subject:** RE: Sloan v. Hyponex et. al. - SAO to Continue Hearing

This is fine. You can sign for me electronically on behalf of Home Depot.

Kevin S. Smith, Esq.

HALL | HERNANDEZ | SMITH
ATTORNEYS AT LAW

HALL HERNANDEZ SMITH
7425 Peak Drive, Suite 100
Las Vegas, NV 89128
Phone: (702) 316-4111
Fax: (702) 316-4114
Email: ksmith@hallhernandez.com

---

**From:** Heather Payne <heather@bensonbingham.com>
**Sent:** Tuesday, October 6, 2026 11:56 AM
**To:** Durante, Katharine <KDurante@hunton.com>; Kevin Smith <ksmith@hallhernandez.com>; Timothy Kuhls <tkuhls@psalaw.net>
**Cc:** Jill Guingcangco <jguingcangco@grsm.com>; Todd Alexander <todd@bensonbingham.com>
**Subject:** RE: Sloan v. Hyponex et. al. - SAO to Continue Hearing

Dear Counsel,

Please see the attached Stipulation and Order to Reschedule the hearing currently on schedule for tomorrow October 7, 2026 to the Court next available hearing date. Please review the same and let me know if you have any changes. If there are no changes and you are in agreement, please respond if I have permission to submit the same with your e-signature.

Thank you,

*Heather Payne*
Paralegal
heather@bensonbingham.com
Direct # 702-779-0807
Direct Fax: 702-444-3387

BENSON & BINGHAM
INJURY LAW